John Smidt, Respondent, v. Buffalo Cold Storage Company, Appellant. — Motion to amend order of reversal so as to state that the reversal was made upon questions of law only and that the facts had been examined and no error found therein denied, with ten dollars costs.

Edward J. Hannan, Appellant, v. Thomas Cary, Respondent.— Motion for reargument denied, with ten dollars costs.

Louis H. Chapman, Respondent, v. James C. Fargo, as President of the American Express Company, Appellant.— Motion for reargument denied, with ten dollars costs.

Tracy Development Company, Respondent, v. Columbia Distilling Company and Others, Appellants, Impleaded with Others.— Motions for leave to appeal to Court of Appeals granted, and questions for review certified.

In the Matter of the Probate of the Last Will and Testament of Lois Hiett, Deceased.— Motion granted to bring in additional parties on this appeal.

Ernest W. Aldridge, Respondent, v. The Syndicate Real Estate and Investment Company, Appellant. — Judgment and order affirmed, with costs. All concurred.